**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EDDIE VOLITON**
REG. #07680-003                                                                                            PETITIONER

v.                              Case No. 2:13-cv-00114 KGB/JTR

**T.C. OUTLAW, Warden,**
**FCI, Forrest City, Arkansas**                                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that Eddie Voliton's petition for a writ of habeas corpus is denied, and this case is dismissed with prejudice. The Court will not issue a certificate of appealability because Mr. Voliton has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Judgment will be entered accordingly.

SO ORDERED this 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE