IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EDDIE VOLITON**
REG. #07680-003                                                                                          **PETITIONER**

v.                        Case No. 2:13-cv-00114 KGB/JTR

**T.C. OUTLAW, Warden,**
**FCI, Forrest City, Arkansas**                                                               **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this habeas action is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner Eddie Voliton has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE